FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE K. FORD, a single person,<br><br>          Plaintiff,<br><br>          v.<br><br>PEND OREILLE COUNTY, PEND OREILLE COUNTY SHERIFF'S DEPARTMENT, ALAN BOTZHEIM, Sheriff, KVIN OLSEN, Deputy, BILL ZAMORA, Deputy and TRAVIS STIGALL, Deputy,<br><br>          Defendants. | No.   2:16-CV-0244-SMJ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN NAMED DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(2) AND LEAVE TO FILE AMENDED COMPLAINT** |

Before the Court, without oral argument, are the Plaintiff's Motion to Dismiss Certain Named Defendants Pursuant to F.R.C.P. 41(a)(2), ECF No. 9 and Motion for Leave to File Amended Complaint, ECF No. 10.  Plaintiff moves for dismissal of Defendant Pend Oreille County Sheriff's Department and Deputy Travis Stigall from this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  In addition, Plaintiff moves to amend the complaint.

Having reviewed the files and records herein, the Court finds good cause to grant the motions.

ORDER - 1

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss Certain Named Defendants Pursuant to F.R.C.P. 41(a)(2), **ECF No. 9**, is **GRANTED.**

2. Defendant Pend Oreille County Sheriff's Department and Deputy Travis Stigall are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. The Clerk's Office is directed to **AMEND** the caption as follows:

   CHRISTINE FORD, a single person,

                       Plaintiff,

                       v.

   COUNTY OF PEND OREILLE, ALAN BOTZHEIM, Sheriff, KEVIN OLSEN, Deputy and BILL ZAMORA, Deputy,

                       Defendants.

4. Plaintiff's Motion for Leave to File Amended Complaint, **ECF No. 10**, is **GRANTED**.

//

//

//

//

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of September 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 3