FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE FORD, a single person, | No.    2:16-CV-0244-SMJ |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| COUNTY OF PEND OREILLE; ALAN BOTZHEIM, Sheriff; KEVIN OLSEN, Deputy and BILL ZAMORA, Deputy , | |
| Defendants. | |

On November 18, 2016, the Parties filed a stipulation for dismissal with prejudice and without costs to any party, ECF No. 15.  The Parties' stipulation, however, contains Defendants that have previously been dismissed from this action. *See* ECF No. 11. The Court considers that a harmless oversight. As such, consistent with the Parties' agreement, this Court's previous orders, and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1.    The Parties' Stipulation for Dismissal with Prejudice and Without Costs to Any Party, **ECF No. 15**, is **GRANTED.**

2.    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

ORDER **-** 1

3.      All pending motions are **DENIED AS MOOT.**

4.      All hearings and other deadlines are **STRICKEN.**

5.      The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of November 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2